# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO.  24 – 20401 BLOOM/ELFENBEIN

**UNITED STATES OF AMERICA**

**vs.**

**RONAHILN PEGUERO-PENA**

      **Defendant.**

_____/

## Objections to the Pre-Sentence Report

Paragraph 25, page 8

Mr. Peguero-Pena has been de-briefed and provided a truthful statement to the government; therefore he has satisfied all criteria pursuant to Sentencing Guideline 5C1.2. Therefore, Mr. Peguero-Pena is eligible for the two level reduction pursuant to Guideline 2D1.1(b)(18).

/s/ Richard Kevin Houlihan
Richard K. Houlihan
Fl. Bar # 0238139
25 S.E. 2nd Ave., Suite 1105
Miami, Fl.   33131
305-536-2168
Email: Rkhoulihan@aol.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.


<u>/s/Richard Kevin Houlihan</u>
Richard K. Houlihan